FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2020 NOV 17 PM 4: 14

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:20-cr-344-T-36-AEP

18 U.S.C. § 2251(a)
18 U.S.C. § 1470
18 U.S.C. § 2252(a)(4)(B)

SERGIO LOHAN

### INDICTMENT

SEALED

The Grand Jury charges:

### COUNT ONE

On a date unknown, but in or around the time period from December 2019 to January 2020, in the Middle District of Florida, and elsewhere, the defendant,

SERGIO LOHAN,

did employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and the visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT TWO

On or about December 25, 2019, in the Middle District of Florida, and elsewhere, the defendant,

SERGIO LOHAN,

using any facility and means of interstate and foreign commerce, that is, a cell phone, did knowingly transfer obscene matter, that is, a video depicting a penis and masturbation, to an individual who had not attained the age of 16 years.

In violation of 18 U.S.C. § 1470.

## COUNT THREE

On or about September 15, 2020, in the Middle District of Florida, and elsewhere, the defendant,

SERGIO LOHAN,

did knowingly possess a matter that contained a visual depiction that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, that is, a computer, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

## FORFEITURE

1. The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the

provisions of 18 U.S.C. §§ 1467 and 2253.

2. Upon conviction of a violation of 18 U.S.C. § 2251(a), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. Upon conviction of a violation of 18 U.S.C. § 1470, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 1467:

a. Any obscene material produced, transported, mailed, shipped, or received in violation of Chapter 71 of Title 18;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

4. The property to be forfeited includes, but is not limited to, the following: an Apple MacBook with serial number C02PP85UFVH7.

5. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 1467(b) and 2253(b).

A TRUE BILL,

*[signature]*
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: *[signature]*
Colin P. McDonell
Assistant United States Attorney

By: *[signature]*
Carlton C. Gammons
Assistant United States Attorney
Chief, Special Victims Section

4

FORM OBD-34
November 20

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

SERGIO LOHAN

## INDICTMENT

Violations:  18 U.S.C. § 2251(a) and (e);
18 U.S.C. § 1470; and
18 U.S.C. § 2252(a)(4)(B) and (b)(2).

A true bill,

*Rachelle M Luter*
Foreperson

Filed in open court this 17th day

of November 2020.

_____
Clerk

Bail $_____

GPO 863 525