AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| SERGIO LOHAN | ) Case No. 8:20 cr 344 T 36 AEP |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

*RECEIVED U.S. MARSHAL 20 NOV 18 PM 2:54 MIDDLE DIST OF FLORIDA TAMPA FLORIDA*

*SEALED*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Sergio Lohan                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Production of child pornography in violation of 18 U.S.C. § 2251(a) and (e); sending obscene material to a minor in violation of 18 U.S.C. § 1470; and possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

Date: 11/18/2020                                                        _Melanie Bowman_
                                                                                        *Issuing officer's signature*

City and state:   Tampa, Florida                                ELIZABETH WARREN, Clerk, United States District Court
                                                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* 11-20-20 , and the person was arrested on *(date)* 11-20-20
at *(city and state)*   Tampa, FL              .

Date: 11-20-20                                                            Det. //M II #304
                                                                                        *Arresting officer's signature*

                                                                                        TFO FBI James Keller
                                                                                        *Printed name and title*